JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES McCUTCHEON, an individual and ALETHA F. McCUTCHEON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>OPTION ONE MORTGAGE CORPORATION; AMERICAN HOME MORTGAGE SERVICING, Inc., a Delaware corporation; SAND CANYON CORPORATION; POWER DEFAULT SERVICES INC; WELLS FARGO BANK, NA., as Trustee for Option One Mortgage Loan Trust 2006-2 Asset-Backed Certificates Series 2006-2 and DOES 1 – 100, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00439-GAF (MRWx)<br>*[Assigned to the Hon. Gary A. Feess]*<br><br>**JUDGMENT**<br><br><br>Complaint Filed: October 31, 2011<br>FAC Filed: June 27, 2012 |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Court's July 29, 2013 Order on the Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment by Defendants POWER DEFAULT SERVICES, INC. f/k/a AHMSI DEFAULT SERVICES, INC. and WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006-2, ASSET-BACKED CERTIFICATES, SERIES 2006-2 (collectively "Defendants"), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment is hereby entered in favor of the Defendants, as prevailing parties, and against Plaintiffs MOSES McCUTCHEON and ALETHA F. McCUTCHEON (collectively "Plaintiffs"). Plaintiffs shall recover nothing by way of their operative complaint against the Defendants.

As the prevailing parties, Defendants are entitled to costs by application.

**IT IS SO ORDERED.**

Dated: August 2, 2013

_____

Honorable Judge of the United States District Court

**JS-6**

2

**JUDGMENT**